Jennifer L. Santa Maria CA Bar No. 225875
jennifer.santamaria@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4370 La Jolla Village Drive, Suite 990
San Diego, CA 92122
Telephone: 858-652-3100
Facsimile: 858-652-3101

Attorneys for Defendant ARTHUR J. GALLAGHER & CO.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WINET,<br><br>        Plaintiff,<br><br>   v.<br><br>ARTHUR J. GALLAGHER & CO.; and DOES 1-50 inclusive,<br><br>        Defendant. | Case No. '20CV0014 W  BGS<br><br>**DECLARATION OF BRIAN D. MCCARTHY IN SUPPORT OF DEFENDANT ARTHUR J. GALLAGHER & CO.'S NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT**<br><br>Complaint Filed: November 25, 2019<br>Trial Date:      Not Set |

I, Brian D. McCarthy, pursuant to 28 U.S.C. § 1746, hereby declare the following:

1. I am the Chief Employment Counsel for Defendant Arthur J. Gallagher & Co. As a result of holding this position, I have personal knowledge of the statements made in this Declaration, either because I perceived them directly or as a result of my review of company business records.

2. Arthur J. Gallagher & Co. is presently authorized to transact business in

Declaration in support of

1                                                         Case No. CaseNumber
**DECLARATION OF BRIAN D. MCCARTHY IN SUPPORT OF DEFENDANT ARTHUR J. GALLAGHER & CO.'S NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT**

1  the State of California as a foreign corporation.

2  3. Arthur J. Gallagher & Co. is incorporated in the state of Delaware. Further, its headquarters and principal place of business - which is its center of direction, control, and coordination - is in the State of Illinois.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this  30th  day of  December , 20 19 , in the City of  Rolling Meadows , State of  Illinois .

_____
BRIAN D. McCARTHY

41247588.1

Declaration in support of

2                                                        Case No. CaseNumber
**DECLARATION OF BRIAN D. MCCARTHY IN SUPPORT OF DEFENDANT ARTHUR J. GALLAGHER & CO.'S NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT**