1  Jennifer L. Santa Maria CA Bar No. 225875
   jennifer.santamaria@ogletree.com
2  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
3  4370 La Jolla Village Drive, Suite 990
   San Diego, CA  92122
4  Telephone:  858-652-3100
   Facsimile:   858-652-3101
5
   Attorneys for Defendant ARTHUR J. GALLAGHER &
6  CO.

7

8               **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  RICHARD WINET, | Case No. '20 CV0014 W    BGS |
| 12         Plaintiff, | **DECLARATION OF JENNIFER L. SANTA MARIA IN SUPPORT OF DEFENDANT ARTHUR J. GALLAGHER & CO.'S NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT** |
| 13         v. | |
| 14  ARTHUR J. GALLAGHER & CO.; and DOES 1-50 inclusive, | |
| 15 | |
| 16         Defendant. | |
| 17 | Complaint Filed: November 25, 2019<br>Trial Date:          Not Set |
| 18 | |

41247621_1.docx

**DECLARATION OF JENNIFER L. SANTA MARIA IN SUPPORT OF
DEFENDANT ARTHUR J. GALLAGHER & CO.'S NOTICE OF REMOVAL
OF CIVIL ACTION TO UNITED STATES DISTRICT COURT**

Case No. CaseNumber

I, Jennifer L. Santa Maria, declare and state as follows:

1. I am an attorney duly licensed to practice before this Court and all of the Courts of the State of California, and am a shareholder of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C. ("Ogletree"), counsel of record for Defendant Arthur J. Gallagher & Co. ("Defendant"). I am familiar with the facts and circumstances reflected below and surrounding this litigation. If called and sworn as a witness, I could and would competently testify to these facts.

2. On November 25, 2019, Plaintiff filed a Complaint in the Superior Court of California, County of San Diego captioned *Richard Winet vs. Arthur J. Gallagher & Co.*, case number 37-2019-00062836-CU-WT-CTL.  On or about December 4, 2019, Defendant received Plaintiff's Summons and Complaint through service on Defendant's agent for service of process. Attached hereto as **Exhibit A** is a true and accurate copy of the Complaint, Summons and other documents served on Defendant.

3. On December 31, 2019, Defendant timely filed its answer in San Diego County Superior Court.  Attached hereto as **Exhibit B** is a true and correct copy of Defendant's answer to the Complaint.

4. On August 9, 2019, Plaintiff - through his attorney of record - made a settlement demand to Defendant stating "Therefore, Mr. Winet's loss will be nine years multiplied times $70,000 a year, or $630,000. In addition, Mr. Winet is owed commissions from the date of his termination to the conclusion of the three year payment obligation on the part of Gallagher, which totals $39,350."  Attached hereto as **Exhibit C** is a true and correct copy of Plaintiff's demand letter.

/ / /

/ / /

/ / /

/ / /

41247621_1.docx

1

Case No. CaseNumber

**DECLARATION OF JENNIFER L. SANTA MARIA IN SUPPORT OF DEFENDANT ARTHUR J. GALLAGHER & CO.'S NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT**

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on January 2, 2020, in San Diego, California.

>  */s/ Jennifer L. Santa Maria*
> Jennifer L. Santa Maria

41247621.1

2    Case No. CaseNumber
**DECLARATION OF JENNIFER L. SANTA MARIA IN SUPPORT OF DEFENDANT ARTHUR J. GALLAGHER & CO.'S NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT**

41247621_1.docx